In the Matter of the Claim of WALTER A. MAROWSKI, Respondent, against SOCONY-VACUUM OIL CO., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of opinion in *Matter of Schmidt* v. *Wolf Contr. Co.* (*ante,* p. 201, decided herewith). All concur. [See *post,* p. 870.]